JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL JULIAN STUART, | ) | CASE NO. ED CV 10-897-CJC (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JAMES HARTLEY, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: October 26, 2010.

                                                  CORMAC J. CARNEY
                                                  UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~3758136.wpd